NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORBERTO JR. TOJINO LEANO, Petitioner, v. LORETTA E. LYNCH, Attorney General, Respondent. | No. 13-72702 Agency No. A098-467-399 MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 14, 2015**

Before:     SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

Norberto Jr. Tojino Leano, a native and citizen of the Philippines, petitions

for review of the Board of Immigration Appeals' ("BIA") order dismissing his

appeal from an immigration judge's decision denying his application for asylum

and withholding of removal.  We have jurisdiction under 8 U.S.C. § 1252.  We

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

review for substantial evidence the agency's factual findings, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the BIA's conclusion that Leano's experiences in the Philippines did not rise to the level of persecution. *See Hoxha v. Ashcroft*, 319 F.3d 1179, 1182 (9th Cir. 2003) (unfulfilled threats constituted harassment, not persecution). Substantial evidence also supports the BIA's determination that Leano failed to establish an objectively reasonable fear of future harm in the Philippines. *See Gu v. Gonzales*, 454 F.3d 1014, 1022 (9th Cir. 2006) (petitioner failed to "present compelling, objective evidence demonstrating a well-founded fear of persecution"). We reject Leano's contention that the BIA applied an incorrect legal standard. Thus, Leano's asylum claim fails.

Because Leano failed to establish eligibility for asylum, he necessarily failed to meet the more stringent standard for withholding of removal. *See Zehatye*, 453 F.3d at 1190.

**PETITION FOR REVIEW DENIED.**